HSBC Bank USA, Natl. Assn. v Cass (2025 NY Slip Op 01506)

HSBC Bank USA, Natl. Assn. v Cass

2025 NY Slip Op 01506

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, OGDEN, AND GREENWOOD, JJ.

246 CA 24-00566

[*1]HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-B SECURITIES INC. MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AB4, PLAINTIFF-APPELLANT,
v
DAVID CASS, ALSO KNOWN AS DAVID A. CASS, DEFENDANT-RESPONDENT, ET AL., DEFENDANTS. 

HINSHAW & CULBERTSON LLP, NEW YORK CITY (EVAN N. SOYER OF COUNSEL), FOR PLAINTIFF-APPELLANT.
ARTHUR N. BAILEY & ASSOCIATES, JAMESTOWN (ARTHUR N. BAILEY OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Chautauqua County (Grace Marie Hanlon, J.), entered October 11, 2023. The order granted the motion of defendant David Cass to vacate a default judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 17, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court